JOHN FUCHS and Another, Respondents, v. MARY GRIMALDI and Others, Defendants, Impleaded with IRVING M. AUSTIN, Doing Business under the Firm Name and Style of AUSTIN, KNAPP & WAKEFIELD COMPANY, Appellant. (Appeal No. 1.) — Order denying motion to compel plaintiffs to serve an amended complaint on the ground that causes of action are inconsistent, and to compel plaintiffs to elect, affirmed, with ten dollars costs and disbursements. No opinion. Jaycox, Manning, Kelby, Young and Kapper, JJ., concur.

JOHN FUCHS and Another, Respondents, v. MARY GRIMALDI and Others, Defendants, Impleaded with IRVING M. AUSTIN, Doing Business under the Firm Name and Style of AUSTIN, KNAPP & WAKEFIELD COMPANY, Appellant. (Appeal No. 2.) — Order opening default modified by striking out the provision for the payment of the sum of $250 as a condition of opening the default, and by providing in lieu thereof for payment of the costs to date of opening the

default, and ten dollars costs of the motion; and as thus modified affirmed, without costs. No opinion. Jaycox, Manning, Kelby, Young and Kapper, JJ., concur.